

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, April 7, 2015

No. 04-15-00183-CR

Richard **LARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

## O R D E R

On August 10, 2009, the trial court imposed sentence on Appellant Richard Lares. Because the judgment incorrectly recited the date of offense, on January 26, 2015, the trial court signed a Judgment Nunc Pro Tunc correcting the date of offense. On March 5, 2015, Appellant filed a Motion to Arrest Judgment. *Contra* TEX. R. APP. P. 22.3 (requiring a motion in arrest of judgment to be filed "no later than 30 days after[] the date when the trial court imposes or suspends sentence in open court"). On March 19, 2015, Appellant filed a Notice of Intent to Appeal.

A judgment nunc pro tunc is an appealable order. *Blanton v. State*, 369 S.W.3d 894, 903 (Tex. Crim. App. 2012). However, to perfect an appeal the notice of appeal must be filed within thirty days of the date that the trial court signs the judgment nunc pro tunc. *Dewalt v. State*, 417 S.W.3d 678, 689 (Tex. App.—Austin 2013), *pet. ref'd*, 426 S.W.3d 100 (Tex. Crim. App. 2014).

Here, the trial court signed the Judgment Nunc Pro Tunc on January 26, 2015; Appellant's notice of appeal was due on February 25, 2015. *See* TEX. R. APP. P. 26.2(a)(1); *Dewalt*, 417 S.W.3d at 689. A motion for extension of time to file was due on March 12, 2015. *See* TEX. R. APP. P. 26.3 (Extension of Time); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). No motion for extension of time to file a notice of appeal was filed.

"If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction." *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012).

We ORDER Appellant Richard Lares to show cause in writing within THIRTY DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction.  *See Blanton*, 369 S.W.3d at 903.

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2015.

Keith E. Hottle
Clerk of Court